DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JASON MICHAEL STARK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3564

_____

September 1, 2021

Appeal from the Circuit Court for Hillsborough County; Mark R. Wolfe, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, C.J., and SILBERMAN and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.